1
2
3
4
5

Chief Judge Marsha J. Pechman

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR 15-00099MJP |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED |
| vs. | ) ) | MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE |
| DAVID STEPHENS, | ) ) ) | |
| Defendant. | ) ) | |

THE COURT has considered the unopposed motion by the defense for a continuance of the trial and the pretrial motions dates.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of June 8, 2015, until the new trial date of September 14, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE   - 1
(*David Stephens*, CR 15-00099MJP)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1          IT IS THEREFORE ORDERED that the trial date in this matter is continued to

2    September 14, 2015, and that pretrial motions shall be filed no later than August 4,

3    2015.

4          DONE  this 5th day of June, 2015.

5

6

7

8

9    _____
     Marsha J. Pechman
10   United States District Judge

11

12

13

14   Presented by:

15   s/ *Paula Deutsch*
     Paula Deutsch, WSBA No. 23940
16   Attorney for David Stephens
     Office of the Federal Public Defender
17

18

19

20

21

22

23

24

25

26   ORDER GRANTING UNOPPOSED MOTION TO                    **FEDERAL PUBLIC DEFENDER**
     CONTINUE TRIAL AND PRETRIAL MOTIONS                   **1601 Fifth Avenue, Suite 700**
     DEADLINE    - 2                                       **Seattle, Washington 98101**
     (*David Stephens*, CR 15-00099MJP)                    **(206) 553-1100**