**Chief Judge Marsha J. Pechman**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>V.<br><br>DAVID STEPHENS,<br><br>                Defendants. | No.   2:15-cr-00099-MJP<br><br>ORDER ON DEFENDANT'S UNOPPOSED SECOND MOTION TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE |

    THE COURT having considered the unopposed motion for continuance of pretrial motions date and trial date motion, and the records and files herein, including the defendant's waiver of speedy trial rights, the Court makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. §3161(h)(7)(B)(i).

ORDER CONTINUING TRIAL [PROPOSED]
2:15-cr-00099-MJP
PAGE - 1 OF 2

CARNEY GILLESPIE ISITT PLLP
315 5th AVENUE SOUTH, SUITE 860
SEATTLE, WA 98104
PHONE 206•445•0220
FAX 206•260•2486

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed in this case is set on January 14, 2016, and that the trial date is set on March 21, 2016.

IT IS FURTHER ORDERED THAT the time period between September 11, 2015, up to and including March 21, 2016, is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE on the 16th day of September, 2015.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

    s/Sean P. Gillespie
Bar No. 35365
Attorney for David Stephens
315 5th Ave S, Suite 860
Seattle, WA 98104
206-445-0211
sean.gillespie@cgilaw.com

ORDER CONTINUING TRIAL [PROPOSED]
2:15-cr-00099-MJP
PAGE - 1 OF 2

CARNEY GILLESPIE ISITT PLLP
315 5th AVENUE SOUTH, SUITE 860
SEATTLE, WA 98104
PHONE 206•445•0220
FAX 206•260•2486